UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WESLEY C. LEE**, <br><br> Plaintiff, <br><br> v. <br><br> **VALVOLINE INSTANT OIL CHANGE**, *et al.*, <br><br> Defendants. | Civil Action No. 21-12825 (ZNQ) (DEA) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** having been opened to the Court upon a Motion for Summary Judgment filed by Valvoline Instant Oil Change, Steven Knight, and Mark Dougherty ("Defendants"). (ECF No. 36); for the reasons set forth in the accompanying Memorandum Opinion and for good cause shown,

**IT IS** on this 10th day of October 2023,

**ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 36) is **GRANTED**; and it is further

**ORDERED** that JUDGMENT is hereby entered in favor of Defendants; and it is further

**ORDERED** that the Clerk's Office is hereby instructed to mark this matter CLOSED.

/s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**